**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **NICHOLAS STENGEL,** | : | **VIOLATION:** |
| **Defendant.** | : | **18 U.S.C. § 2252(a)(2)** |
| | : | **(Receipt of Child Pornography)** |
| | : | |
| | : | **18 U.S.C. § 1956(a)(2)(A)** |
| | : | **(Laundering of Monetary Instruments)** |
| | : | |

## INFORMATION

The United States Attorney charges that:

### Count One

Between on or about October 24, 2016 and on or about March 22, 2018, in the District of Columbia, the defendant, NICHOLAS STENGEL, did knowingly receive any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

### Count Two

On or about October 24, 2016, in the District of Columbia, the defendant, NICHOLAS STENGEL, did transport, transmit, and transfer, and attempted to transport, transmit, and transfer a monetary instrument and funds, that is approximately .1305 bitcoin, from a place in the United States to or through a place outside the United States, that is South Korea, with the intent to promote the carrying on of

specified unlawful activity, that is, 18 U.S.C. Section 2252 (relating to child pornography) where the child

pornography contains a visual depiction of an actual minor engaging in sexually explicit conduct.

(**Laundering of Monetary Instruments**, in violation of Title 18, United States Code, Section 1956(a)(2)(A))

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

By:  Lindsay Suttenberg, D.C. Bar No. 978513,
Zia Faruqui, D.C. Bar No. 494990,
Youli Lee, D.C. Bar No. 494990,
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017 (Suttenberg)
(202) 252-7117 (Faruqui)
(202) 252-7705 (Lee)
Lindsay.Suttenberg@usdoj.gov
Zia.Faruqui@usdoj.gov
Youli.Lee@usdoj.gov