## AGREEMENT

This Agreement is made as of October 16, 2018, on behalf of K.L.S., a minor child, by and through her attorney of record, Jennifer C. Harris, and Nicholas A. Stengal, by and through his attorney of record, G. Allen Dale.

This agreement is made pursuant to *Paroline v. U.S., 134 U.S. 134 1710 (2014)*.

Parties agree that K.L.S. is entitled to restitution from Nicholas A. Stengal in relation to criminal proceedings before the District Court of Columbia, Cause No. 18-CR-188.

Nicholas A. Stengal agrees to make three equal payments of $500.00 each to K.L.S. The payments will be made payable to the attorney of record for K.L.S. in trust for K.L.S. First payment shall occur no later than November 1, 2018. Each subsequent payment shall occur no later than the first day of the following month until all payments are complete.

This agreement is intended to fully satisfy all restitution obligations by Nicholas A. Stengal to K.L.S. in relation to Cause No. 18-CR-188.

_____
**Jennifer C. Harris**
Attorney for K.L.S.
607 E. Blanco Rd., #457
Boerne, Texas 78006
(817) 239-1900 phone
(855) 803-5286 fax
jharris@jcpharrislaw.com
TX State Bar # 24048529

_____
**Nicholas A. Stengal**

_____
**G. Allen Dale**
Attorney for Nicholas A. Stengal
901 New York Ave. NW, Ste. 500
Washington, D.C. 20001
(202) 638-290 phone
(202) 628-4177 fax
gallendale@aol.com
Bar # 954537 D.C.